NOTE: CHANGES MADE BY COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RICHARD SMITH,<br><br>          Plaintiff,<br><br>     v.<br><br>THE COUNTY OF ORANGE, a public entity; SHARON PETROSINO, an individual; and DEBORAH KWAST, an individual.<br><br>          Defendants. | Case No. 8:24-cv-01920 FWS-DFM<br><br>**JUDGMENT** |

On June 11, 2025, the court held a hearing on Defendants County of Orange, Sharon Petrosino, and Deborah Kwast's ("Defendants") Motion to Dismiss Plaintiff Richard Smith's First Amended Complaint in Courtroom 10D of the United States District Court, Central District of California, the Honorable Fred W. Slaughter presiding. (Dkt. 46.)

Having considered the moving papers, opposition, reply and oral argument of counsel present at the hearing, the Court granted Defendants' Motion to Dismiss

1

Plaintiff's First Amended Complaint without leave to amend. (Dkt. 47.) The Court determined that the allegations in the First Amended Complaint were insufficient to support a claim upon which relief could be granted against all the Defendants and the Plaintiff would not be able to cure the defects through further pleadings. (*See generally id.*)

**IT IS HEREBY ORDERED** that Plaintiff shall take nothing and Judgment shall be entered in favor of all Defendants and against Plaintiff Richard Smith.

**IT IS SO ORDERED AND JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANTS.**

Dated: June 27, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE